STATE OF NEW JERSEY v. RONALD VIGILANTE.

May 13, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE C. GRIMSLEY.

May 13, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES F. HARVEY.

May 13, 1980.

Petition for certification denied.